## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Robert L. Destefano                           CHAPTER 13
         Kathleen DeStefano
               Debtor(s)                   BKY. NO. 18-17792

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

              Respectfully submitted,

/s/ **Mark A. Cronin**

Mark Cronin
05 Oct 2023, 10:25:13, EDT

       KML Law Group, P.C.
       701 Market Street, Suite 5000
       Philadelphia, PA 19106-1532
       (215) 627-1322