**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    DeStefano, Robert L.
    DeStefano, Kathleen
        Debtor(s) : 18-17792

:

**ORDER TERMINATING WAGE ORDER**

    **AND NOW,** this 19th day of Oct., 2023, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

    **ORDERED**, that the wage order previously entered in this case, directing Ryder Truck Rental Inc. to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

                  BY THE COURT

                  _____
                  JUDGE ASHELY M. CHAN

Ryder Truck Rental Inc.
11690 NW 105 St.
Miami, FL 33178


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

DeStefano, Robert L.
DeStefano, Kathleen
240 Pleasant Valley Rd
King of Prussia, PA 19406


Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606


Sacred Heart Roman Catholic Church
120 Jefferson Street
Bridgeport, PA 19405