Certificate Number: 03088-PAE-DE-037895813

Bankruptcy Case Number: 18-17792



03088-PAE-DE-037895813

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 30, 2023, at 4:56 o'clock PM CDT, Kathleen DeStefano completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: October 30, 2023

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor