IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert L. DeStefano and Kathleen DeStefano<br>　　　Debtors, | BANKRUPTCY CASE NUMBER<br>18-17792-amc |
| Nationstar Mortgage LLC<br>　　　Movant.<br>v.<br><br>Robert L. DeStefano and Kathleen DeStefano<br>　　　Debtors/Respondents,<br><br>Scott Waterman, Trustee<br>　　　Additional Respondent. | CHAPTER 13 |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Nationstar Mortgage LLC has filed a Motion for Extension of Time to File Response to Trustee's Notice of Final Cure Payment, with the Court for an extension to file a response to the Notice of Final Cure Payment.

1. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before November 30, 2023 **you or your attorney must file a response to the Motion.** (see Instructions on next page)

3. **A hearing on the Motion** is scheduled to be held on January 3, 2024, at 11:00 a.m., in **Courtroom No. 4, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.** Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408- 2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at:
   United States Bankruptcy Court
   Robert N.C. Nix, Sr. Federal Courthouse
   900 Market Street
   Philadelphia, PA 19107

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    Christopher A. DeNardo 78447
    LOGS Legal Group LLP
    3600 Horizon Drive, Suite 150
    King of Prussia, PA 19406
    Phone: (610) 278-6800
    Fax: (847) 954-4809

Date:  11/14/2023