United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-17792-amc |
| Robert L. DeStefano | Chapter 13 |
| Kathleen DeStefano | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 15, 2023 | Form ID: 138OBJ | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert L. DeStefano, Kathleen DeStefano, 240 Pleasant Valley Rd, King of Prussia, PA 19406-2231 |
| 14236115 | + | John L. McClain and Associates, PC, Suite 318, 1420 Walnut Street, Philadelphia, PA 19102-4002 |
| 14821035 | + | Nationstar Mortgage LLC, C/O Mark A. Cronin, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14726729 | + | Nationstar Mortgage LLC, C/O Matthew K. Fissel, Esq, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14236119 | + | Shapiro & Denardo, LLC, 3600 Horizon Dr., Ste 150, King of Prussia, PA 19406-4702 |
| 14236122 | + | Trident Asset Manageme, 53 Perimeter Center East, Atlanta, GA 30346-2294 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 16 2023 00:16:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 16 2023 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14265758 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2023 00:17:55 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14257620 | | Email/PDF: bncnotices@becket-lee.com | Dec 16 2023 00:30:55 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14236116 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 16 2023 00:15:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14251688 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2023 00:18:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14236117 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 16 2023 00:15:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Dallas, TX 75019-4620 |
| 14726730 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 16 2023 00:15:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 14243179 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 16 2023 00:15:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14236118 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 16 2023 00:15:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14268504 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2023 00:18:02 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14236553 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 16 2023 00:30:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14251687 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2023 00:17:39 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC |

Case 18-17792-amc    Doc 85    Filed 12/17/23    Entered 12/18/23 00:33:05    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 15, 2023 | Form ID: 138OBJ | Total Noticed: 22 |

| 14236120 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 16 2023 00:17:49 | 29603-0587 Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14236121 | + | Email/Text: Bankruptcy@TekCollect.com | Dec 16 2023 00:15:00 | Tek-collect Inc, Pob 1269, Columbus, OH 43216-1269 |
| 14238034 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 16 2023 01:05:03 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14261416 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2023              Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2023 at the address(es) listed below:

**Name**           **Email Address**

ANDREW L. SPIVACK
                on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com wbecf@brockandscott.com

CHRISTOPHER A. DENARDO
                on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com

HEATHER STACEY RILOFF
                on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com

JOHN L. MCCLAIN
                on behalf of Debtor Robert L. DeStefano aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net

JOHN L. MCCLAIN
                on behalf of Joint Debtor Kathleen DeStefano aaamcclain@aol.com edpabankcourt@aol.com;JLMcClain@jubileebk.net

KEVIN S. FRANKEL
                on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com

KRISTEN D. LITTLE
                on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper KRLITTLE@FIRSTAM.COM

MARK A. CRONIN
                on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

MATTHEW K. FISSEL
                on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com matthew.fissel@brockandscott.com

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 15, 2023 | Form ID: 138OBJ | Total Noticed: 22

POLLY A. LANGDON
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Robert L. DeStefano and Kathleen DeStefano

    Debtor(s)

Case No: 18−17792−amc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/15/23